Joseph Levy, Respondent, v. Max Manes, Appellant.— Judgment of the Municipal Court affirmed, with costs.  No opinion.  Jenks, Hooker, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., not voting.

Nochem Lischinsky, Appellant, v. Charles A. Doelger, Respondent.— Judgment of the Municipal Court affirmed, with costs.  No opinion.  Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Abraham Mendelson, Respondent, v. Max Feldman and Others, Appellants.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present— Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Henrietta E. Munro and Others, Respondents, v. Brooklyn Ice Skating Company, Appellant.— Judgment of the Municipal Court affirmed by default, with costs.  Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Elias Oppenheimer, Respondent, v. Albert 'Abraham, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present— Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Frederick Phillips, Respondent, v. Charles Mahler, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs.  No opinion.  Present— Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Frank Poel and Others, Copartners, Doing Business under the Firm Name of Poel & Arnold, Respondents, v. Julio C. Arana and Others, Copartners, Doing Business under the Firm Name of Arana, Bergmann & Company, Appellants.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present— Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Victor E. Pomeranz, Appellant, v. P. M. Fletcher Company, Respondent.— Order of the Municipal Court unanimously affirmed, with costs.  No opinion.  Present— Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Patrick J. Reynolds, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.  (Action No. 2.)— Judgment of the Municipal Court unanimously affirmed, with costs.  No opinion.  Present— Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Joseph Samulsky, Respondent, v. Ramapo Foundry and Wheel Works, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Barnett Schnitzer, Respondent, v. Joseph Price, Appellant.— Appeal dismissed, without costs.  No opinion.  Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Leo Schlesinger, as Receiver of the Federal Bank of New York, Respondent, v. Louis Borgenicht and Hyman Sharff, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.